**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CRIMINAL ACTION NO. 04-21-C**

**UNITED STATES OF AMERICA,**                                              **PLAINTIFF,**

**V.**                      **ORDER**

**THOMAS JOSEPH BONN,**                                             **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

The Magistrate Judge having issued a Report and Recommendation (R. 14) on the defendant's alleged supervised release violations, and the defendant having executed a waiver of allocution,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**.

**IT IS FURTHER ORDERED** that the defendant's supervised release is **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of six (18) months' imprisonment. Upon release from custody, the defendant shall not be subject to an additional term of supervision. A separate judgment shall issue in accordance with this order.

Signed on August 9, 2010

                                                       **Jennifer B. Coffman, Judge**
                                                       **United States District Court**